UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN A. SHEDLOFSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13 CV 599 RWS |
| ) | |
| CAROLYN COLVIN, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER OF DISMISSAL**

On November 12, 2013, I ordered plaintiff to show cause why his complaint should not be dismissed for failing to prosecute his case and comply with the prior Orders of this Court. I warned plaintiff that his failure to respond to the Show Cause Order would result in the dismissal of his case with prejudice without further notice by this Court. Plaintiff has failed and refused to respond to the Show Cause Order, and his time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed with prejudice for failing to prosecute and to comply with the prior Orders of this Court.

A separate Judgment will be entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2013.